UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                  Judgment Creditor,

v.

SVIATOSLAV JADAN,
                  Judgment Debtor.

08 CR 751 (LAK)

**STIPULATION AND ORDER FOR VOLUNTARY ASSIGNMENT OF EARNINGS**

WHEREAS, on September 10, 2009, the United States of America obtained a judgment against the judgment debtor, SVIATOSLAV JADAN, in the amount of $1,184,037.16, for which the outstanding balance is $1,131,781.66, and the parties have agreed to voluntary automatic deduction of 10% per pay period from SVIATOSLAV JADAN's gross compensation to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that SVIATOSLAV JADAN's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of gross compensation per pay period from SVIATOSLAV JADAN until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for 08 CR 751.

Dated: March 04, 2024
New York, New York

_____
SVIATOSLAV JADAN
*Judgment Debtor*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DAMIAN WILLIAMS
United States Attorney

_____
JOHN E. GURA, Jr.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712